O

FILED
CLERK, U.S. DISTRICT COURT
APR 1 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOE EZEQUIEL CORTEZ,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>FRANCISCO JACQUEZ,<br><br>　　　　Respondent. | Case No. CV 09-03213 CAS (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*.

　　　IT IS ORDERED that:

　　　1.　The Objections are overruled and the R&R is approved and adopted.

　　　2.　Judgment shall be entered denying the Petition and dismissing this action with prejudice.

　　　3.　All motions are denied as moot and terminated.

　　　IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: April 12, 2010

　　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　　————————————————
　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE