JS - 6

ENTER

FILED
CLERK, U.S. DISTRICT COURT
APR 1 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOE EZEQUIEL CORTEZ, | Case No. CV 09-03213 CAS (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| FRANCISCO JACQUEZ, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 12, 2010

_Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 1 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY